JAMES H. CHAMBERS, Appellant, *v.* WILLIAM H. APPLETON et al., Respondents.

(Argued February 12, 1886; decided March 2, 1886.)

THE principal questions in this case were as to the construction of a contract, and as to whether the evidence sustained findings of the referee.

*G. A. C. Barnett* for appellant.

*Edward W. Paige* for respondents.

RUGER, Ch. J., reads for affirmance.

All concur.

Judgment affirmed.

---

PETER TOWNSEND, Respondent, *v.* CASSIUS H. READ et al., Appellants.

(Argued February 12, 1886; decided March 2, 1886.)

*Christopher Fine* for appellants.

*I. T. Williams* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.